UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD J. GRANT,**<br><br>Plaintiff,<br><br>v.<br><br>**LOIS ANITA LOGAN, et al.,**<br><br>Defendants. | CASE NO.  05cv2218 BEN (PCL)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL:   (Doc. 19)**<br>**(1) THE DEPOSITION OF DEFENDANT LOGAN;**<br>**(2) A RESPONSE TO SPECIAL INTERROGATORIES TO DEFENDANT LOGAN;**<br>**(3) A RESPONSE TO REQUEST FOR ADMISSIONS TO DEFENDANT LOGAN; AND**<br>**(4) A RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT LOGAN;**<br>**REQUEST OF PRODUCTION OF VEHICLE TO DEFENDANT MOUNT TRUCKING IS WITHDRAWN** |

Now before the Court is Plaintiff's Motion to Compel Discovery filed December 22, 2006.  (Doc. 19)  On January 2, 2007, Defendants filed an Opposition.  (Docs. 20-21)  On January 12, 2007, Plaintiff filed a Reply.  (Doc. 23)  On January 17, 2007, a telephonic hearing on the matter was held.  Edward J.

1  Babbitt, Esq. appeared on behalf of Plaintiff, and Peter S. Doody, Esq. appeared on behalf of
2  Defendants.  At this hearing, Plaintiff withdrew his request for the production of the truck and trailer
3  involved in the accident propounded upon Defendant Mount Trucking Inc.
4      After having thoroughly reviewed the pleadings filed, the Court **GRANTS** Plaintiff's Motion to
5  Compel: (1) the deposition of Defendant Logan; (2) a response to special interrogatories propounded
6  upon Defendant Logan; (3) a response to the request for admissions propounded upon Defendant Logan;
7  and (4) a response to the request for production of documents propounded upon Defendant Logan.
8  Plaintiff withdraws his request for production of the vehicle and therefore the Court makes no ruling in
9  that regard.
10     **IT IS HEREBY ORDERED** that Defendant Logan shall respond no later than <u>February 23, 2007</u>.
11 Defendant Logan shall also appear for a deposition no later than <u>February 23, 2007</u>.
12 IT IS SO ORDERED.
13
14 DATED:  January 19, 2007
15                 Peter C. Lewis
                U.S. Magistrate Judge
16                 United States District Court
17
18 cc:  The Honorable Roger T. Benitez
      All Counsel of Record